UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION
**NOTICE**

**TONY SMITH**

 **V**                **CASE NO. 3:13CV202-M-A**

**K. C. HAMP, ET AL**

 **TAKE NOTICE** that a proceeding in this case has been **SET** for the date time and place set forth below:

*Place*
U.S. FEDERAL BLDG.
**Oxford**, MS 38655

*Room No.*
911 Jackson Ave., Room 242

*Date and Time*
**September 22, 2014 at 10:00 a.m.**

*Type of Proceeding*

**FINAL PRETRIAL CONFERENCE
BEFORE UNITED STATES MAGISTRATE JUDGE ALLAN ALEXANDER**

               DAVID CREWS
                Clerk of Court
              /s/ Willie Sue Miller

              (BY) Willie Sue Miller
              Courtroom Deputy

Date: December 3, 2013

**CONTACT WILLIE SUE MILLER AT 662-234-3114 IF YOU HAVE ANY QUESTIONS**
