**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

TONY SMITH                                                                                     PLAINTIFF

vs                                                         CIVIL ACTION NO. 3:13-CV-202-DMB-SAA

K. C. HAMP, et al                                                                        DEFENDANTS

**PLAINTIFF'S DESIGNATION OF EXPERTS**

Now comes Plaintiff, Tony Smith, and files this his Designation of Experts in the above-referenced matter, and would submit as follows:

1.     Plaintiff intends to designate as an expert those medical care providers who rendered care to said Plaintiff at Regional One Health, otherwise known as The Med, in Memphis, Tennessee, and any other providers, who rendered care to Plaintiff subsequent and attendant to the events giving rise to this litigation.  The names of said providers shall be supplemented promptly.  Their expected testimony shall be to the extent of Plaintiff's injuries, the nature of his injuries, and their opinion as to the cause and/or events giving rise to said injuries.  Said supplementation shall be made as quickly as possible.

2.     Any expert witness that Plaintiff shall determine is needed after a review of the incident report and videographic evidence of the incident giving rise to this cause of action.  Through no fault of either party, Plaintiff has not had an opportunity to review such, however, immediately upon review, Plaintiff shall supplement this designation with any pertinent expert as the evidence requires.  Plaintiff respectfully reserves the right to designate an expert, in whichever field the evidence requires, before the discovery

deadline has lapsed in this matter. Said expert(s)'s testimony shall be contingent on what is revealed by the video(s), but it is anticipated that their testimony shall be regarding the nature of the accident, the reasons for the accident, and the use of police use in regards to such.

                                              Tony Smith, Plaintiff, by and through his undersigned counsel,

                                              /s/ Robert D. Schultze
Robert D. Schultze, MSB# 101550
P.O. Drawer 2969
Oxford, MS 38655
(662) 281-9970
(662) 550-4770
robert@wslawpllc.com

Cory M. Williamson, MSB#103941
1102 Van Buren Avenue
Oxford, MS 38655
(662) 236-2118
cory@wslawpllc.com

## CERTIFICATE OF SERVICE

  I, Robert D. Schultze, do hereby certify that I have this day caused the foregoing to be filed in the above-referenced matter, which gave notification of such filing, via the ECF system, to the following:

 Daniel J. Griffith, Esq.
 123 S. Court Street
 P.O. Drawer 1680
 Cleveland, MS  38732

 Andrew T. Dulaney, Esq.
 Dulaney Law Firm, LLP
 P.O. Box 188
 986 Harris Street
 Tunica, MS  38676

This, the 31th day of March, 2014.

               /s/ Robert D. Schultze
               Robert D. Schultze, MSB#101550