**TUNICA COUNTY SHERIFF'S DEPARTMENT**
Radio Station Log-KKC-468    Tunica, Mississippi

PAGE_____

OPERATOR _Wells - Allington_    ON DUTY _1500_    OFF DUTY _2300_    DATE _11/10/12_

| STATION | UNIT | TIME | 10-CODE | PHONE | TRANSMISSIONS |
|---|---|---|---|---|---|
| On line | Center | 2140 | 10 38 | | b friend release log w her __ (1604-S0535) |
| | 80 31 | 2140 | 10 48 | 555268460125 | Paul Simmons Val N29 |
| | 80 32 | 2142 | 108 | J1 | N5553 |
| | 80 31 | 2144 | 1024 | | |
| | 80 06 | 2145 | 1024 | | |
| | 80 55 | 2149 | 108 3 | | K.E. |
| | 80 30 | 2155 | 10 75 | | Old Sub |
| | 80 32 | 2156 | 10 23 | | K.E. |
| | 80 53 | 2156 | 10 6 | DTQ120 | Out Wait Veh @ 2500 bld Complainant in Veh |
| 8012 | 80 53 | 2200 | 10 28 | 802098109ms | Ray Conway OIN-427533R-Stop N59 |
| | 80 32 | 2201 | 1024 | | |
| | 80 32 | 2201 | 1038 | 808/2206ms | Desire Beckham Val N29 |
| | 80 30 | 2206 | 1024 | | |
| | D10 | 2209 | 106 | | Ballys |
| | 80 53,31,32 | 2210 | 1024 | | |
| | 80 18 | 2215 | 10 3 | TNY513ms | 95 Dod Latonan Hillard N29 |
| Desoto CO | 2216 | | 1024 | 4698037 | 61 S. 93 Chev Tan Interrupt adv TO 25 |
| | | | | | their Det is on the phone Desoto ; co (DF4558 MS) |
| | | | | | adv Disregard adv our det adv Tunica |
| | | | | | dont have charges they are investigating |
| | D10 | 2217 | 195 | | he know where Sub lives |
| | 80 55 | 2223 | 108 | DF4558ms | N Bound C. Center /Olde/ in Persuit Veh |
| | | | | | refuse to Stop C Center @ Ballys S one Way |
| | D5 | 2225 | 105 | | adv DF4588 Veh Involved in Robbery this Morning |
| | 80 53 | 2226 | 105 | | C Way C Stop in curb Veh refuse to Stop |
| | | | | | On the wrong side of rd N2 in area |

Exhibit A - Tunica County Sheriff's Department Radio Log, 11/10/12

**TUNICA COUNTY SHERIFF'S DEPARTMENT**
Radio Station Log-KKC-468    Tunica, Mississippi

PAGE_____

OPERATOR Walls-Allington   ON DUTY 1500   OFF DUTY 2300   DATE 11/10/12

| STATION | UNIT | TIME | 10-CODE | PHONE | TRANSMISSIONS | |
|---------|------|------|---------|-------|---------------|--|
| | SO 53 | 2201 | 105 | | E bound C/stop in pursuit | |
| | RD5 | 2229 | 1021 | | Adv Desoto to Be on Stand by inase | |
| | | | | | Veh come back U/N | |
| | SO 53 | 2232 | 105 | | E on 304 approaching Kirby | |
| | SO 53 | 2232 | 105 | | 1 Blm wearing a tank top | |
| | | | | | W 304 | |
| | SO1 | 2234 | 105 | | adv Have Dsoto to Shut traffic down | |
| | | | | | adv 10-35 | |
| | SO 12 | 2236 | 105 | | Veh approaching Council rd S/bound | |
| | | | | | 3 S.bound | |
| | SO 12 | 2236 | 105 | | Hambrick / Kirby Passing land fill | |
| | | | | | @ 70 miles a hour | |
| | SO 53 | 2237 | 105 | | hambrick / Kirby | |
| | SO1 | | 105 | | Council / Kirby | |
| | S 52 | 2238 | 105 | | Sub rolled over veg ems hambrick / Kirby | |
| | RP5 | 2238 | 1021 | | | |
| | SO1 | 2239 | 1023 | | Hambrick / Kirby | |
| | N2 | 2240 | 105 | | Sub in cust | |
| | D5 | 2240 | 10 5 | | Check w/Desoto for charges / with traffic charges | |
| | D5 | 2241 | 105 | | EMS 1023 | |
| | SO 12 | 2241 | 10 58 | DT4508'S | Veh in field | |
| | D10 | 2242 | 105, 85 | | | |
| | SO 18 | 2243 | 1025 | | | |
| | RP5 | 2245 | 1021 | | Command SO 2,3,4,5,6,7 U. force | |

Exhibit A - Tunica County Sheriff's Department Radio Log, 11/10/12

## TUNICA COUNTY SHERIFF'S DEPARTMENT
### Radio Station Log-KKC-468 — Tunica, Mississippi

PAGE_____

OPERATOR Wells-Ellington   ON DUTY 1500   OFF DUTY 0300   DATE 11/10/12

| STATION | UNIT | TIME | 10-CODE | PHONE | TRANSMISSIONS | | |
|---|---|---|---|---|---|---|---|
| | 50-31 | 2248 | 1094 | | Middle | | |
| DeSoto | 50 | | 10-21 | | adv have Unit | | |
| | 5012 | 2253 | 10-28 | 800634 | Tony Smith ID card #/24 | | |
| William Mills | 2255 | | 10-21 | 3807889 | Buck IS lot 246 Sub in Blk/Dck DAKota | | |
| | | | | | Making threats 5031 adv | | |
| | 50-33 | 2255 | 1049 | 5904 | G/S B mile N/of Baudre | | |
| Lyles, Maxwell | 5012 | 2258 | 105 | | adv Wings landing on Hambrick | | |
| | 501 | 2258 | 10245 | | adv Desoto K9 Unit onScene | | |
| Martin Bass | | 2302 | 1031,59 | 3824115 | friend having problems breathing 1st week house | | |
| | | | | | right of Pritchard from Dundees adv 5030 | | |
| | 5031 | 2307 | 1023 | | | | |
| | 5032 | 2308 | 1010 | | out w/5031 | | |
| | 5048 | 2308 | 1010 | | looking for cross street for Pritchard call | | |
| | RD3 | 2308 | 1010 | 3824115 | Vonnie Harpole 1111 Harpole St for 1052 | | |
| | 5010 | 2308 | 1210 | | Wing 1023, 10-58 1023, adv property house 105 | | |
| | RD3 | 2314 | 1021 | | adv property of 105 message left | | |
| 5048 | 5030 | 2315 | 1023 | | | | |
| 911 AT&T | | 2316 | 1021 | 911 | non working | | |
| 911 AT&T | | 2319 | 1021 | 911 | open line, no contact | | |
| | 503 | 2318 | 1024 | | Daily left prior to arrival | | |
| | 5014 | 2319 | 1018 | | | | |
| | 5018 | 2319 | 1014 | | 1050 | | |
| 5030 | 5048 | 2320 | 1024 | | 1 wm to Baptist Desoto | | |
| | 501 | 2328 | 1058 | 5904 | Jimmy Lee Bradshaw exp 9-13-03 Buick/Red neg | | |

Exhibit A - Tunica County Sheriff's Department Radio Log, 11/10/12

**TUNICA COUNTY SHERIFF'S DEPARTMENT**
Radio Station Log-KKC-468    Tunica, Mississippi

PAGE_____

OPERATOR _Jlus Maxwell_ ON DUTY _2300_  OFF DUTY _0700_  DATE _11-10-12_

| STATION | UNIT | TIME | 10-CODE | PHONE | TRANSMISSIONS | | |
|---------|------|------|---------|-------|---------------|---|---|
| | SD1 | 2329 | 1049 | | Occupy 2x S. Board col S of Hambrick | | |
| | 5056 | 2330 | 1010 | | Exxon Fullhouse (100) | | |
| | D10 | 2331 | 1010 | | units on Hambrick | | |
| | SD1 | 2332 | 102K | 508199503 | vehicle engine running that occupy 2 Bm | | |
| | | | | | w/ Debbie Christine Bradshaw | | |
| | 5012 | 2334 | 1010 | | verifies 1034 enroute to med | | |
| | 5053 | 2334 | 1024 | | enroute to med | | |
| | D10 | 2339 | 1024 | | | | |
| | SD1 | 2339 | 1085 59 | | Vehicle 108, 1059 to SO family, will pick up mother | | |
| | N2 | 2340 | 1024 | | | | |
| engine4 | | 2340 | 1024 | | | | |
| engine4 | | 2340 | 1024 | | | | |
| | 5056 | 2340 | 1024 | | | | |
| | 5058 | 2340 | 1024 | | | | |
| | 5053 | 2341 | 1010 | | out city enroute to med | | |
| | 5053 | 2341 | 1251 | | adv. 1088 MPD to met @ med to keep | | |
| | | | | | Tony Terrell Smith in custody | | |
| | 5014 | 2344 | 1024 | | | | |
| | 5031 | 2346 | 102K | 5047 RIV | exp 10-13 '98 Ford white Mercedes Miller reg 09 | | |
| | 5031 | 2340 | 1050 | | Carine Clr 1/2 E old Cel | | |
| | RD10 | 2348 | 102 | | adv. MPD to meet Wings @ med keep Daly in cust | | |
| | 5031 | 2349 | 1028 | 101563050 | Dante Wilson suspended valid reg 09 | | |
| | 5018 | 2349 | 10D | | Blandby | | |
| | 5018 | 2350 | 1024 | | enroute to SO for property | | |
| | 5012 | 2351 | 1010 1058-24 | | 1058 is 1024 | | |

Exhibit A - Tunica County Sheriff's Department Radio Log, 11/10/12