OFFENSE/INCIDENT REPORT

PAGE NO. 1 OF 2 PAGES

NO. _____   NO. _____

CLASSIFICATION _____

**DATE OF REPORT:** Nov/10/ 2012

| | | | |
|---|---|---|---|
| 1 COMPLAINANT OR FIRM: Deputy Michael Whitfield | AGE/RACE/SEX: N/A | | 2 PHONE (BUSINESS): 662-363-1411 |
| 3 COMPLAINANT'S ADDRESS: 5126 Old Mhoon Landing Road | 4 CITY: Tunica Ms | | 5 PHONE (RESIDENT): N/A |
| 6 COMPLAINANT'S BUSINESS OR SCHOOL: T.C.S.O. | ADDRESS: 5126 Old Mhoon Landing Road Tunica Ms | JOB TITLE (GRADE): Deputy | WILL COMPLAINANT PROSECUTE? ✓ YES ☐ NO |
| 7 OFFENSE/INCIDENT (AS REPORTED): Failure to stop motor vehicle when officer signals | 8 LOCATION ADDRESS: w/b casino casino center west of highway 61 | | 9 TYPE PRMISES: County Road |
| 10 DAY DATE & TIME OF OFFENSE: Saturday 11-10-2012 22:23 hours | 11 REPORTED BY: Complainant | 12 REPORTED TO: T.C.S.O. | 13 HOW REPORTED: Radio |
| 14 BODILY INJURY? YES ☐ NO ✓ | VICTIM TAKEN TO: N/A | 15 TRANSPORTED BY: N/A | 16 DESC INJURIES: N/A | 17 CONDITIONS: N/A |
| 18 M/O HOW DONE: N/A | FORCE USED: N/A | WITH WHAT TOOL OR WEAPON: N/A | OTHER ACTS OR TRADEMARKS: |
| 19 VEHICLE INVOLVED? ✓ YES ☐ NO | OWNER: James Bernard/ Melissa | 20 YEAR COLOR MAKE MODEL BODY STYLE LIC. NO. YEAR STATE VIN NO.: 1993 Tan Chev C1 Suburban 4 Door DF4-588 1GNEC16K9PJ349665 | |

CODES: S-STOLEN PROPERTY   D-DAMAGED PROPERTY   L-LOST PROPERTY   F-FOUND PROPERTY

**21 PROPERTY SECTION**

| CODE S-D-L-F | QTY | DESCRIPTION (SIZE COLOR MODEL STYLE MATERIAL, CONDITION) | SERIAL NO | WHERE PURCHASED | VALUE |
|---|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A | |

22 DISPOSITION OF PROPERTY   23 TOTAL VALUE

| 24 WITNESS NAME: N/A | CONTACT ADDRESS | AGE | BEST PHONE | OTHER PHONE |
|---|---|---|---|---|
| WITNESS NAME: N/A | CONTACT ADDRESS | AGE | BEST PHONE | OTHER PHONE |

25 NAME AND ADDRESS OF SUSPECT(S) (AGE, RACE, DESCRIPTION, RELATION TO COMPLAINANT OR WITNESS):
Toney Terrell Smith   2669 Kirby Road APT# 2602 Robinsonville Ms. 38664   34/Black/Male
N/A

**26 DETAILS NOT COVERED ABOVE**
On Saturday, November 10, 2012 at approximately 2223 hours on a cloudy windy night, I, Deputy Michael Whitfield observed a brown colored Chevy Suburban traveling South bound on Highway 61 near the Visitor Center that matched a description of a past pursuit inside Desoto County with Desoto County Sheriff's Department heading into Tunica County at a high rate of speed. I was heading North bound on Highway 61 turned around and made contact with the vehicle Mississippi tag number DF4-588 West bound on Casino Center West of Highway 61. I engaged my blue lights and siren and the driver refused to stop. As we were traveling west on Casino Center the driver got up to speeds of 70 to 90 miles per hour weaving in and out of traffic and driving in the center of the roadway. The driver then turned left South bound onto Casino Way from Bally's Boulevard driving through the red light, with speeds of 80 to 100 miles per hour. The driver drove through the red light at Casino Way and Fitzgeralds Boulevard still heading South bound on Casino Way in the on coming lane of traffic that was heading North bound on Casino Way. The driver then turned left onto Casino Strip heading East bound driving through the red light with speeds of 70 to 80 miles hour. At this point D.U.I unit Captain Victor Randle took over the pursuit in the area of Treasure Town Inn on Casino Strip heading East bound towards Old Highway 61.

27 INVESTIGATING OFFICER (S)   28 REPORT MADE BY _signature_ DATE 11-10-2012

29 CASE FILED YES ☐ NO ☐   Cleared by arrest ☐ Unfounded ☐   30 THIS CASE IS Inactive ☐ Other ☐   31 APPROVED BY _signature_   BADGE NO D5

Exhibit C - Incident Report of Michael Whitfield, 11/10/12

| AGENCY I. D. | SUPPLEMENTARY REPORT | | | CASE NUMBER | NCIC |
|---|---|---|---|---|---|
| ☐ ORIGINAL REPORT | x SUPPLEMENTARY REPORT | ☐ ADDITIONAL VICTIMS | ☐ ADDITIONAL STOLEN PROPERTY | PAGE _2_ OF _2_ PAGES | |
| ☐ MODIFIES ORIGINAL | ☐ CASE STATUS CHANGE | ☐ ADDITIONAL OFFENDERS | ☐ ADDITIONAL RECOVERED PROPERTY | | |

The pursuit continued East bound on Casino Strip over Highway 61 on to Highway 304. The driver then turned right South bound on Highway 3 and East bound onto a dark unlit Hambrick Road. The driver then drove through the stop sign on Hambrick and Kirby Road which caused him to have an accident. The pursuit lasted for fifteen minutes and the driver was identified on the accident scene as Tony Terrell Smith. I charged Tony Smith with Failure to Stop Motor Vehicle when Officer Signals (97-9-72)(B). He received several citations. The citations that were issued are as follows; Reckless driving on Casino Center, Disregard for traffic device at Casino Center and Bally's Boulevard, Disregard for traffic device at Casino Way and Fitzgeralds Boulevard, and Disregard for traffic device at Casino Way and Casino Strip. See Lieutenant Lee Clayton's accident report, Captain Victor Randle's supplemental report, and Deputy Andres Rivera's supplemental report for further information concerning the pursuit.

| SUBJECT IDENTIFIED ☐YES ☐NO | SUBJECT LOCATED ☐YES ☐NO | ☐ACTIVE ☐ADM CLOSED ☐UNFOUNDED | ☐ARRESTED UNDER 18 ☐ARRESTED 18 AND OVER | ☐EX-CLEAR UNDER 18 ☐EX-CLEAR 18 AND OVER |
|---|---|---|---|---|

REASON FOR EXCEPTIONAL CLEARANCE: 1. ☐ OFFENDER DEATH 2. ☐ NO PROSECUTION 3. ☐ EXTRADITION DENIED 4. ☐ VICTIM DECLINES COOPERATION 5. ☐ JUVENILE-NO CUSTODY

| REPORTING OFFICER(S) | DATE/UNIT NUMBER | APPROVING OFFICER | DATE | UNIT NUMBER |
|---|---|---|---|---|
| Michael Whitfield | 11/10/2012  53 | Lt. William Miller | 11-15-12 | D5 |

Exhibit C - Incident Report of Michael Whitfield, 11/10/12