| AGENCY I. D. | SUPPLEMENTARY REPORT | | | CASE NUMBER | NCIC |
|---|---|---|---|---|---|
| ☐ ORIGINAL REPORT | ☑ SUPPLEMENTARY REPORT | ☐ ADDITIONAL VICTIMS | ☐ ADDITIONAL STOLEN PROPERTY | PAGE 01 OF 01 PAGES | |
| ☐ MODIFIES ORIGINAL | ☐ CASE STATUS CHANGE | ☐ ADDITIONAL OFFENDERS | ☐ ADDITIONAL RECOVERED PROPERTY | | |

On Saturday, November 10, 2012, Captain Victor Randle observed a vehicle traveling eastbound on Casino Strip at a high rate of speed. Several patrol units was behind the vehicle trying to stop the vehicle. The patrol units had there lights and sirens on trying to get the vehicle pulled over, but the vehicle refused to stop. I proceeded to try to get the vehicle stopped on Casino Strip, but the vehicle continue to travel eastbound at a high rate of speed. The vehicle ran the red light at Fitzgerald Blvd nearly causing a accident. The vehicle continue to travel eastbound on Casino Strip and ran the red light at Old Hwy 61 and Casino Strip nearly causing another accident. The vehicle was bearing a Mississippi license plate number DF4588. The vehicle appeared to be a brown Chevy SUV. The vehicle continue to travel eastbound at a high rate of speed and the stop sticks were deployed at the intersection of Casino Strip and Old Hwy 61 in order to get the vehicle stopped. It appeared that the front right tire struck the stop sticks causing the tire deflate, but the vehicle continue to travel eastbound on Casino Strip. The vehicle still refused to stop for the blue lights and sirens on my patrol unit. The vehicle nearly caused an accident as it ran the red light at Hwy 61 and Casino Strip. As the vehicle continue to travel on Hwy 304, the front right tire rubboer came off the rim and the vehicle continue to travel on the rim. The ran the red light at the Intersection of Hwy 304 and Kirby Road. The vehicle turned onto Hwy 3 and travel southbound at a high rate of speed and still would not pull over for the blue lights and sirens. The vehicle turned westbound on Hambrick Road and continue to travel at a high rate of speed. The vehicle refused to stop at a stop sign at the intersection of Hambrick Road and Kirby Road in which the vehicle crossed over the roadway into a field. The vehicle overturn in the field several time before it came to a final rest. The driver, a black male, was ejected from the vehicle. The driver was identified as Tony Smith. Mr. Smith was transported to the Med for medical treatment. I observed a large amount of beer cans and bottle that in the vehicle and on the ground near the vehicle. Mr. Smith was cited for several traffic violation along with other charges. The vehicle was towed by T and J Towing Service. Video is available

| SUBJECT IDENTIFIED ☑ YES ☐ NO | SUBJECT LOCATED ☑ YES ☐ NO | ☐ ACTIVE ☐ ADM CLOSED ☐ UNFOUNDED | ☐ ARRESTED UNDER 18 ☐ ARRESTED 18 AND OVER | | ☐ EX-CLEAR UNDER 18 ☐ EX-CLEAR 18 AND OVER |
|---|---|---|---|---|---|
| REASON FOR EXCEPTIONAL CLEARANCE: 1. ☐ OFFENDER DEATH 2. ☐ NO PROSECUTION 3. ☐ EXTRADITION DENIED 4. ☐ VICTIM DECLINES COOPERATION 5. ☐ JUVENILE-NO CUSTODY | | | | | |
| REPORTING OFFICER(S) CAPT. VICTOR RANDLE | | DATE/UNIT NUMBER 11/10/12 - 80-12 | APPROVING OFFICER Capt. Vict R.K | DATE 11/10/12 | UNIT NUMBER 80-12 |

Exhibit E - Supplemental Report by Captain Victor Randle, 11/10/12