**A** | 72002 | MS | 11 | 10 | 2012 | 1 | 12-1100007 | 000 | ☐ Change ☐ No Activity | NFIRS-1 Basic
FDID* | State* | Incident Date* | | | Station | Incident Number* | Exposure* | | 

**B** Location*
- ☐ Street address
- ☒ Intersection
- ☐ In front of
- ☐ Rear of
- ☐ Adjacent to
- ☐ Directions

☐ Check this box to indicate that the address for this incident is provided on the Wildland Fire Module in Section B "Alternative Location Specification". Use only for Wildland fires.

Census Tract [ ]-[ ]

Number/Milepost  Prefix  Street or Highway: Hambrick  Street Type: RD  Suffix
Apt./Suite/Room  City: Robinsonville  State: MS  Zip Code: 38664
Cross street or directions, as applicable: Kirby RD

**C** Incident Type*
322 | Motor vehicle accident with
Incident Type

**D** Aid Given or Received*
1. ☐ Mutual aid received
2. ☐ Automatic aid recv.
3. ☐ Mutual aid given
4. ☐ Automatic aid given
5. ☐ Other aid given
N. ☒ None

Their FDID | Their State | Their Incident Number

**E1** Date & Times — Midnight is 0000
Check boxes if dates are the same as Alarm Date. ALARM always required.

| | Month | Day | Year | Hr Min Sec |
|---|---|---|---|---|
| Alarm* | 11 | 10 | 2012 | 22:40:00 |
| ☒ Arrival* | 11 | 10 | 2012 | 22:46:00 |
| ☐ Controlled | | | | |
| ☒ Last Unit Cleared | 11 | 10 | 2012 | 23:46:00 |

ARRIVAL required, unless canceled or did not arrive
CONTROLLED Optional, Except for wildland fires
LAST UNIT CLEARED, required except for wildland fires

**E2** Shift & Alarms  Local Option
1 | | 201
Shift or Platoon | Alarms | District

**E3** Special Studies  Local Option
Special Study ID# | Special Study Value

**F** Actions Taken*
81 | Incident command
Primary Action Taken (1)
Additional Action Taken (2)
Additional Action Taken (3)

**G1** Resources*
☒ Check this box and skip this section if an Apparatus or Personnel form is used.

| | Apparatus | Personnel |
|---|---|---|
| Suppression | | |
| EMS | 0002 | 0004 |
| Other | | |

☐ Check box if resource counts include aid received resources.

**G2** Estimated Dollar Losses & Values
LOSSES: Required for all fires if known. Optional for non fires.  None
Property $ [ ],[ 000],[ 000] ☐
Contents $ [ ],[ 000],[ 000] ☐
PRE-INCIDENT VALUE: Optional
Property $ [ ],[ 000],[ 000] ☐
Contents $ [ ],[ 000],[ 000] ☐

**Completed Modules**
- ☐ Fire-2
- ☐ Structure-3
- ☐ Civil Fire Cas.-4
- ☐ Fire Serv. Cas.-5
- ☐ EMS-6
- ☐ HazMat-7
- ☐ Wildland Fire-8
- ☒ Apparatus-9
- ☒ Personnel-10
- ☐ Arson-11

**H1** Casualties ☐ None
Deaths | Injuries
Fire Service: | 
Civilian: | 

**H2** Detector
Required for Confined Fires.
1 ☐ Detector alerted occupants
2 ☐ Detector did not alert them
U ☐ Unknown

**H3** Hazardous Materials Release
N ☐ None
1 ☐ Natural Gas: slow leak, no evacuation or HazMat actions
2 ☐ Propane gas: <21 lb. tank (as in home BBQ grill)
3 ☐ Gasoline: vehicle fuel tank or portable container
4 ☐ Kerosene: fuel burning equipment or portable storage
5 ☐ Diesel fuel/fuel oil: vehicle fuel tank or portable
6 ☐ Household solvents: home/office spill, cleanup only
7 ☐ Motor oil: from engine or portable container
8 ☐ Paint: from paint cans totaling < 55 gallons
0 ☐ Other: Special HazMat actions required or spill > 55gal.. Please complete the HazMat form

**I** Mixed Use Property
- NN ☐ Not Mixed
- 10 ☐ Assembly use
- 20 ☐ Education use
- 33 ☐ Medical use
- 40 ☐ Residential use
- 51 ☐ Row of stores
- 53 ☐ Enclosed mall
- 58 ☐ Bus. & Residential
- 59 ☐ Office use
- 60 ☐ Industrial use
- 63 ☐ Military use
- 65 ☐ Farm use
- 00 ☐ Other mixed use

**J** Property Use*  Structures
- 131 ☐ Church, place of worship
- 161 ☐ Restaurant or cafeteria
- 162 ☐ Bar/Tavern or nightclub
- 213 ☐ Elementary school or kindergarten
- 215 ☐ High school or junior high
- 241 ☐ College, adult education
- 311 ☐ Care facility for the aged
- 331 ☐ Hospital

- 341 ☐ Clinic, clinic type infirmary
- 342 ☐ Doctor/dentist office
- 361 ☐ Prison or jail, not juvenile
- 419 ☐ 1-or 2-family dwelling
- 429 ☐ Multi-family dwelling
- 439 ☐ Rooming/boarding house
- 449 ☐ Commercial hotel or motel
- 459 ☐ Residential, board and care
- 464 ☐ Dormitory/barracks
- 519 ☐ Food and beverage sales

- 539 ☐ Household goods, sales, repairs
- 579 ☐ Motor vehicle/boat sales/repair
- 571 ☐ Gas or service station
- 599 ☐ Business office
- 615 ☐ Electric generating plant
- 629 ☐ Laboratory/science lab
- 700 ☐ Manufacturing plant
- 819 ☐ Livestock/poultry storage (barn)
- 882 ☐ Non-residential parking garage
- 891 ☐ Warehouse

Outside
- 124 ☐ Playground or park
- 655 ☐ Crops or orchard
- 669 ☐ Forest (timberland)
- 807 ☐ Outdoor storage area
- 919 ☐ Dump or sanitary landfill
- 931 ☐ Open land or field

- 936 ☐ Vacant lot
- 938 ☐ Graded/care for plot of land
- 946 ☐ Lake, river, stream
- 951 ☐ Railroad right of way
- 960 ☐ Other street
- 961 ☐ Highway/divided highway
- 962 ☐ Residential street/driveway

- 981 ☐ Construction site
- 984 ☐ Industrial plant yard

Lookup and enter a Property Use code only if you have NOT checked a Property Use box:
Property Use | 963
Street or road in commercial

NFIRS-1 Revision 03/11/99

*Exhibit F - North Tunica Fire Department Incident Report, 11/10/12*

North Tunica County Fire Dept | 72002 | 11/10/2012 | 12-1100007

**NFIRS - 9 Apparatus or Resources**

**A**
| FDID | State | Incident Date | Station | Incident Number | Exposure | |
|---|---|---|---|---|---|---|
| 72002 | MS | 11 10 2012 | 1 | 12-1100007 | 000 | ☐ Delete ☐ Change |

**B** Apparatus or Resource | Date and Times (Check if same as alarm date) Month Day Year Hour Min | Sent [X] | Number of People | Use (Check ONE box for each apparatus to indicate its main use at the incident) | Actions Taken

| # | ID / Type | Dispatch / Arrival / Clear | Sent | # People | Use | Actions |
|---|---|---|---|---|---|---|
| 1 | ID: E-4, Type: 11 | Dispatch [X] 11 10 2012 22:40 / Arrival [X] 11 10 2012 22:46 / Clear [X] 11 10 2012 23:46 | X | 2 | ☐ Suppression [X] EMS ☐ Other | |
| 2 | ID: S-4, Type: 16 | Dispatch [X] 11 10 2012 22:40 / Arrival [X] 11 10 2012 22:46 / Clear [X] 11 10 2012 23:46 | X | 2 | ☐ Suppression [X] EMS ☐ Other | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |

**Type of Apparatus or Resources**

Ground Fire Suppression
11 Engine
12 Truck or aerial
13 Quint
14 Tanker & pumper combination
16 Brush truck
17 ARF (Aircraft Rescue and Firefighting)
10 Ground fire suppression, other

Heavy Ground Equipment
21 Dozer or plow
22 Tractor
24 Tanker or tender
20 Heavy equipment, other

Aircraft
41 Aircraft: fixed wing tanker
42 Helitanker
43 Helicopter
40 Aircraft, other

Marine Equipment
51 Fire boat with pump
52 Boat, no pump
50 Marine apparatus, other

Support Equipment
61 Breathing apparatus support
62 Light and air unit
60 Support apparatus, other

Medical & Rescue
71 Rescue unit
72 Urban Search & rescue unit
73 High angle rescue unit
75 BLS unit
76 ALS unit
70 Medical and rescue unit, other

Other
91 Mobile command post
92 Chief officer car
93 HazMat unit
94 Type 1 hand crew
95 Type 2 hand crew
99 Privately owned vehicle
00 Other apparatus/resource
NN None
UU Undetermined

More Apparatus? Use Additional Sheets

NFIRS-9 Revision 11/17/98

North Tunica County Fire Dept    72002    11/10/2012    12-1100007

**Exhibit F - North Tunica Fire Department Incident Report, 11/10/12**

## A
| 72002 | MS | 11 | 10 | 2012 | 1 | 12-1100007 | 000 | ☐ Delete ☐ Change | NFIRS - 10 Personnel |
|---|---|---|---|---|---|---|---|---|---|
| FDID * | State * | \*Incident Date\* (MM DD YYYY) | | | Station | Incident Number * | Exposure * | | |

## B Apparatus or Resource
Use codes listed below

### 1
- ID: E-4
- Type: 11
- Dispatch: [X] 11/10/2012 22:40
- Arrival: [X] 11/10/2012 22:46
- Clear: [X] 11/10/2012 23:46
- Sent: [X]
- Number of People: 2
- Use: ☐ Suppression [X] EMS ☐ Other

| Personnel ID | Name | Rank or Grade | Attend [X] | Action Taken | Action Taken | Action Taken | Action Taken |
|---|---|---|---|---|---|---|---|
| 53303 | Jackson, Stephen | CP | X | | | | |
| 74128 | Trim, Jonathan | FFE | X | | | | |

### 2
- ID: S-4
- Type: 16
- Dispatch: [X] 11/10/2012 22:40
- Arrival: [X] 11/10/2012 22:46
- Clear: [X] 11/10/2012 23:46
- Sent: [X]
- Number of People: 2
- Use: ☐ Suppression [X] EMS ☐ Other

| Personnel ID | Name | Rank or Grade | Attend [X] | Action Taken | Action Taken | Action Taken | Action Taken |
|---|---|---|---|---|---|---|---|
| 65211 | White, Andrew | | X | | | | |
| 69348 | Brown, Todd | FF | X | | | | |

### 3
- ID:
- Type:
- Dispatch: ☐
- Arrival: ☐
- Clear: ☐
- Sent: ☐
- Use: ☐ Suppression ☐ EMS ☐ Other

| Personnel ID | Name | Rank or Grade | Attend [X] | Action Taken | Action Taken | Action Taken | Action Taken |
|---|---|---|---|---|---|---|---|
| | | | ☐ | | | | |
| | | | ☐ | | | | |
| | | | ☐ | | | | |
| | | | ☐ | | | | |
| | | | ☐ | | | | |
| | | | ☐ | | | | |

North Tunica County Fire Dept

NFIRS-10 Revision 11/17/98
72002   11/10/2012   12-1100007

Exhibit F - North Tunica Fire Department Incident Report, 11/10/12

## K1 Person/Entity Involved
Local Option

[ ] Check This Box if same address as incident location. Then skip the three duplicate address lines.

- Business name (if applicable)
- Area Code / Phone Number
- Mr.,Ms., Mrs. / First Name / MI / Last Name / Suffix
- Number / Prefix / Street or Highway / Street Type / Suffix
- Post Office Box / Apt./Suite/Room / City
- State / Zip Code

[ ] More people involved? Check this box and attach Supplemental Forms (NFIRS-1S) as necessary

## K2 Owner
Local Option

[ ] Same as person involved? Then check this box and skip The rest of this section.

[ ] Check this box if same address as incident location. Then skip the three duplicate address lines.

- Business name (if Applicable)
- Area Code / Phone Number
- Mr.,Ms., Mrs. / First Name / MI / Last Name / Suffix
- Number / Prefix / Street or Highway / Street Type / Suffix
- Post Office Box / Apt./Suite/Room / City
- State / Zip Code

## L Remarks
Local Option

On 11/10/2012 at 22:40:00 dispatched To Hambrick RD & Kirby RD /Robinsonville, MS 38664. The location is a Street or road in commercial area. The incident was determined to be a(n) Motor vehicle accident with injuries. E-4 and S-4 arrived on scene to find a one car roll over with ejection. Driver was thrown about 50 feet from vehicle. We assisted Pafford unit 431 with patient packaging and Air Med One transported him to the Med. E-4 and S-4 went back in service and returned to station.

22:46:00 arrived on scene.
The following actions were performed on scene:
    Incident command

Units responding were:
Unit E-4 responded.
Unit S-4 responded.


23:46:00  all units back in service.

## L Authorization

| 53303 | Jackson, Stephen | CP | E-4 | 11 | 11 | 2012 |
| Officer in charge ID | Signature | Position or rank | Assignment | Month | Day | Year |

Check Box if [X] same as Officer in charge.

| 53303 | Jackson, Stephen | CP | E-4 | 11 | 11 | 2012 |
| Member making report ID | Signature | Position or rank | Assignment | Month | Day | Year |

North Tunica County Fire Dept

**Exhibit F - North Tunica Fire Department Incident Report, 11/10/12**

72002    11/10/2012    12-1100007