

Exhibit I - Photos (11) of Scene Taken by Tunica County



Exhibit I - Photos (11) of Scene Taken by Tunica County



Exhibit I - Photos (11) of Scene Taken by Tunica County



Exhibit I - Photos (11) of Scene Taken by Tunica County



Exhibit I - Photos (11) of Scene Taken by Tunica County



Exhibit I - Photos (11) of Scene Taken by Tunica County



Exhibit I   Photos (11) of Scene Taken by Tunica County



Exhibit I - Photos (11) of Scene Taken by Tunica County



Exhibit I - Photos (11) of Scene Taken by Tunica County



Exhibit I - Photos (11) of Scene Taken by Tunica County



Exhibit I - Photos (11) of Scene Taken by Tunica County