

# MISSISSIPPI CRIME LABORATORY

## ASCLD/LAB Accredited since 2003

Lab Case #: 12-023245

Request: 0002
Page 1 of 2
**IMPLIED CONSENT (JACKSON) Report**
December 18, 2012

Main Laboratory
1700 E. Woodrow Wilson Ave.
Jackson, MS 39216
601-987-1600
FAX: 601-987-1615

LEE CLAYTON
TUNICA COUNTY SHERIFF DEPT.
P. O. Box 25
Tunica, MS 38676
662-363-1411
REFERENCE- Agency Case #

SUSPECT: Tony Smith

## REQUEST FOR ANALYSIS

On 11/19/2012 it was requested that the IMPLIED CONSENT (JACKSON) section perform the following analysis: Drug Screen - Traffic Related. This examination was completed on 12/18/2012.

## EVIDENCE

On 11/19/2012 at 3:28 PM, Forensic Scientist Jacqueline Johnson received the following evidence from the TUNICA COUNTY SHERIFF DEPT. via MARILYN DAVIS:

| | |
|---|---|
| Evidence Submission 001 | One sealed biological specimens kit labeled "Tony Smith" containing one sealed inner kit labeled "Tony Smith" containing biological specimen(s). |
| Evidence Submission 001-A | Two grey top tubes of blood labeled "Tony Smith". |

## DRUG SCREEN RESULTS

| | Method | Result |
|---|---|---|
| **Submission #: 001-A** | | |
| Amphetamine | ELISA | Negative |
| Barbiturates | ELISA | Negative |
| Benzodiazepines | ELISA | Negative |
| Cannabinoids (marihuana) | ELISA | Negative |
| Carisoprodol | ELISA | Negative |
| Cocaine Metabolite | ELISA | * See Below |

CONT'D:

CERTIFIED REPORT

Exhibit K - MS Crime Lab Results Showing Cocaine, 12/18/12

Laboratory Report Continued

REFERENCE- MCL Case Number 12-023245                                                          Page 2 of 2

| | | |
|---|---|---|
| Methadone | ELISA | Negative |
| Methamphetamine | ELISA | Negative |
| Opiates | ELISA | Negative |
| Propoxyphene | ELISA | Negative |
| Tricyclic Antidepressants | ELISA | Negative |

\* Immunoassay Screening indicated the need for further analysis, please refer to either "Drug Confirmation Results" or "Remarks".

**DRUG CONFIRMATION RESULTS**
**RESULTS:**

| Method | Results |
|---|---|
| Submission #: 001-A | |
| GC/MS | Cocaine and metabolite (s) |
| GC/MS | Caffeine |
| GC/MS | Levamisole/Tetramisole |

blood from tube labeled " Tony Smith"

Case Analyst:

*[signature: Duriel McKinsey]*

Duriel McKinsey
Forensic Scientist

Technical Reviewer:

*[signature: Maury Phillips]*

Maury Phillips
Sec. Chief - Implied Consent

CC:

iResults DA - 11th Judicial District

*MP*

This report represents the analytical results of the examinations performed on the items of evidence in this case. It should be noted that this report does not represent all documentary items contained in the master file. Should additional material be required for court purposes, please contact the laboratory as soon as possible.

All samples submitted for toxicological examination will be routinely disposed of six (6) months after analyses are completed. If you anticipate that this evidence will be needed, please contact the laboratory to arrange for its return.

CERTIFIED REPORT

Exhibit K - MS Crime Lab Results Showing Cocaine, 12/18/12