

MULTI-COUNT INDICTMENT MCA Section 99-7-2
ROBBERY MCA Section 97-3-73
FELONY FLEEING OR ELUDING OFFICER IN A MOTOR VEHICLE
MCA Section 97-9-72(2)

STATE OF MISSISSIPPI                           CIRCUIT COURT
TUNICA COUNTY

Prior to March Term, 2014               No. 2014-0006

THE GRAND JURORS of the State of Mississippi, taken from the body of the good and lawful citizens of said County and State aforesaid, duly elected, empaneled, sworn and charged to inquire in and for said County and State aforesaid, at the February 2014 Vacation Term of the Court aforesaid, in the name and by the authority of the State of Mississippi, upon their oaths, present:

### COUNT I,

That **TONY TERRAL SMITH**, late of Tunica County, Mississippi, on or about November 10, 2012, in the County and State aforesaid and within the jurisdiction of this Court, did unlawfully, wilfully and feloniously, with intent to steal, take personal property to-wit: a wallet containing approximately seven hundred dollars ($700.00) in United States Currency, a social security card, a debit card, an Exxon credit card, an insurance card, all the property of Don Martinez, from the person or presence of and against the will of Don Martinez, by force or violence to his person or by putting him in fear of some immediate injury to his person,

contrary to the form of the statute in such cases made and provided and against the peace and dignity of the State of Mississippi.

### COUNT II,

That **TONY TERRAL SMITH**, late of Tunica County, Mississippi, on or about November 10, 2012, in the County and State aforesaid and within the jurisdiction of this Court, did unlawfully, wilfully and feloniously operate a motor vehicle, to-wit: a Chevy Suburban, in such a manner as to indicate a reckless or willful disregard for the safety of persons or property, or operated said motor vehicle in a manner manifesting extreme indifference to the value of human life, by failing to bring his motor vehicle to a stop when a signal was given by law enforcement officers, Michael Whitfield and Victor Randle of the Tunica County Sheriff's Department, while said law officers were acting in the lawful performance of their duties and having reasonable suspicion to believe that driver in question had committed a crime, to-wit: fleeing a law enforcement officer in DeSoto County, Mississippi,

said acts contained in Counts I and II of this indictment are based on the same transaction or occurrence or are so connected together or constituting parts of a common scheme or plan, contrary to the form of the statute in such cases made and provided and against the peace and dignity of the State of Mississippi.

Exhibit L - Tunica County Circuit Court Indictment, Cause No. 2014-0006
State of Mississippi v. Tony Smith, 2/3/14

**AFFIDAVIT:** This indictment was concurred in by twelve (12) or more members of the Grand Jury, and at least fifteen (15) were present during all deliberations.

A TRUE BILL _____Mary Mallard_____
Foreman of the Grand Jury

Before me personally appeared the above-named Grand Jury Foreman who made the above affidavit.

SWORN TO AND SUBSCRIBED before me this the 3rd day of February, 2014.

CIRCUIT CLERK, TUNICA COUNTY, MS    BY: _____Sharon D. Reynolds_____
CIRCUIT CLERK

_____Brenda F. _____
DISTRICT ATTORNEY

WITNESSES: David Keller
Don Martinez

Filed 3rd day of February, 2014.

_____Sharon D. Reynolds_____
CLERK

Exhibit L - Tunica County Circuit Court Indictment, Cause No. 2014-0006
State of Mississippi v. Tony Smith, 2/3/14