662-363-2593     02:31:28 p.m.   04-14-2014    2/2

X1145

CAPIAS – Circuit Court     2014-0006

## THE STATE OF MISSISSIPPI, TUNICA COUNTY
To the Sheriff of said County – Greeting:

You are hereby commanded to take _Tony Terral Smith_

if to be found in your County, and him/her safely keep, so that you have his/her body before the Circuit Court of the County of Tunica in said State, at the Courthouse in the Town of Tunica, Miss., on the _Immediate_ day of _February_, 20_14_, then and there to answer the State of Mississippi on an indictment found against him/her on the _3rd_ day of _February_, 20_14_, for _Robbery, Felony Fleeing or Eluding Officer in A Motor Vehicle_

And have there then this writ.

Given under my hand and seal of said Court, and issued this _25th_ day of _Feb_, 20_14_

_Sharon A. Reynolds_
Clerk of Circuit Court.

By _Cynthia Bullock_
Deputy Clerk

Exhibit M - Tunica County Circuit Court Alias Capias for Cause No. 2014-0006, State of Mississippi v. Tony Smith, 2/25/14