**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

TONY SMITH                                                                                    PLAINTIFF

vs                                                      CIVIL ACTION NO. 3:13-CV-202-DMB-SAA

K. C. HAMP, et al                                                                          DEFENDANTS

**MOTION TO WITHDRAW AS COUNSEL**

Now comes Robert D. Schultze and Cory M. Williamson, attorneys for Plaintiff, and move this Court for leave to withdraw as counsel for Plaintiff, and would submit as follows:

1. Plaintiff is desirous of having counsel other than the above-named represent him in this matter, and has stated such to undersigned counsel.

2. Counsel for the Defendant has been advised that Plaintiff desired such change of counsel.

3. It is the understanding of undersigned counsel that Plaintiff has already discussed this matter with an attorney who is willing to take on Plaintiff's representation, and that Plaintiff desires such attorney to represent him in this matter going forward.

4. There is a Motion to Dismiss presently filed against Plaintiff, however, should undersigned be allowed to withdraw and Plaintiff's new attorney be allowed time to respond, no prejudice will come to either party as a result of this withdrawal and subsequent entry of appearance.

WHEREFORE, PREMISES CONSIDERED, the undersigned respectfully request that this Court allow same to withdraw as counsel of record.

Respectfully submitted, this the 28th day of May, 2014.

        Tony Smith, Plaintiff, by and through his undersigned counsel,

        /s/ Robert D. Schultze
        Robert D. Schultze, MSB# 101550
        P.O. Drawer 2969
        Oxford, MS  38655
        (662) 281-9970
        (662) 550-4770
        robert@wslawpllc.com

        /s/ Cory M. Williamson
        Cory M. Williamson, MSB#103941
        1102 Van Buren Avenue
        Oxford, MS  38655
        (662) 236-2118
        cory@wslawpllc.com

**CERTIFICATE OF SERVICE**

  I, Robert D. Schultze, do hereby certify that I have this day caused the foregoing to be filed in the above-referenced matter, which gave notification of such filing, via the ECF system, to the following:

 Daniel J. Griffith, Esq.
 123 S. Court Street
 P.O. Drawer 1680
 Cleveland, MS  38732

 Andrew T. Dulaney, Esq.
 Dulaney Law Firm, LLP
 P.O. Box 188
 986 Harris Street
 Tunica, MS  38676


This, the 28th day of May, 2014.

             /s/ Robert D. Schultze
             Robert D. Schultze, MSB#101550

**CERTIFICATE OF SERVICE**

  I, Robert D. Schultze, do hereby certify that I have this day caused the foregoing to be filed in the above-referenced matter, which gave notification of such filing, via the ECF system, to the following:

 Daniel J. Griffith, Esq.
 123 S. Court Street
 P.O. Drawer 1680
 Cleveland, MS  38732

 Andrew T. Dulaney, Esq.
 Dulaney Law Firm, LLP
 P.O. Box 188
 986 Harris Street
 Tunica, MS  38676

This, the 28th day of May, 2014.

         /s/ Robert D. Schultze
         Robert D. Schultze, MSB#101550