# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**TONY SMITH**                                                                                **PLAINTIFF**

**VS.**                                                   **CAUSE NO. 3:13-CV-202-DMB-SAA**

**K.C. HAMP in his official capacity**
**and in his individual capacity; JOHN DOE**
**SHERIFF'S DEPUTIES in their individual capacities;**
**TUNICA COUNTY, MISSISSIPPI, a body politic**             **DEFENDANTS**

## JOINT STIPULATION OF DISMISSAL

NOW COME Plaintiff and Defendants, pursuant to Fed. Rule. Civ. Proc. 41 and file this their Joint Stipulation of Dismissal, advising that all claims and the Complaint of the Plaintiff against Defendants are fully and finally compromised and settled.

It is therefore requested by the parties that this Honorable Court enter an Order dismissing all claims in the Complaint of the Plaintiff against all Defendants without prejudice, with each party to bear their own costs.

**RESPECTFULLY SUBMITTED** this 21st day of August, 2014.

                                                                    **GRIFFITH & GRIFFITH**

                                                     By: /s/ *Daniel J. Griffith*
                                                          Daniel J. Griffith, MSB #8366
                                                          Michael S. Carr, MSB #102138
                                                          Attorneys for Defendants

Of Counsel:

**GRIFFITH & GRIFFITH**
123 South Court Street
P. O. Drawer 1680
Cleveland, MS 38732
Phone No. 662-843-6100
Fax No. 662-843-8153

Approved as to Form:

*Matthew D. Wilson, Esq.*
Matthew D. Wilson, Esq.
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

    I, Daniel J. Griffith, undersigned counsel for Tunica Defendants, do hereby certify that on this day, I electronically filed the foregoing *Joint Stipulation of Dismissal* with the Clerk of the Court using the ECF system which gave notification of such filing to the following counsel of record:

Matthew D. Wilson, Esq.
**THE LAW OFFICE OF MATTHEW WILSON, PLLC**
203 East Main Street
Starkville, MS 39759
Phone: 662-312-5039
Email: starkvillelawyer@gmail.com
**Attorney for Plaintiff**

This the 21st day of August, 2014.

                                       By: /s/ *Daniel J. Griffith*
                                              Daniel J. Griffith, MSB #8366