IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**TONY SMITH**                                                                            **PLAINTIFF**

**V.**                                          **NO. 3:13CV00202-DMB-SAA**

**K.C. HAMP, in his official capacity and
in his individual capacity; JOHN DOE
SHERIFF'S DEPUTIES, in their
individual capacities; and TUNICA
COUNTY, MISSISSIPPI, a body politic**                           **DEFENDANTS**

### FINAL JUDGMENT OF DISMISSAL WITHOUT PREJUDICE

Having considered the Stipulation of Dismissal without Prejudice [28] filed by Plaintiff and Defendants,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice, with each party to bear its own costs.

This, the 21st day of August, 2014.

                                                         **/s/ Debra M. Brown**
                                                         **UNITED STATES DISTRICT JUDGE**